```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


DEBRA PADDIE LODRIGUE                              CIVIL ACTION

VERSUS                                             NO. 13-1154

CAROLYN COLVIN, COMMISSIONER                       SECTION "A" (1)
OF SOCIAL SECURITY ADMINISTRATION
```

## ORDER

Plaintiff filed objections to the magistrate judge's Report and Recommendation, and those objections were submitted for consideration without oral argument. (Rec. Doc. 12-2).

The Court has considered the objections in light of the ALJ's findings and the Magistrate Judge's Report and Recommendation, and the Court is persuaded that the objection regarding the application of SSR 96-7p is not without merit. The ALJ gave significant weight to the lack of medical evidence for certain time periods, particularly the time period between 2005 and 2010, which is when Plaintiff quit her job in light of her disabilities. On the current record the Court cannot rule out the possibility that Plaintiff was improperly penalized for what very well might have been a lack of resources to obtain necessary healthcare.

Accordingly;

**IT IS ORDERED** that Plaintiff's Objections (Rec. Doc. 12) are **GRANTED** as follows: This matter is **REMANDED** to the Commissioner for further consideration of this matter.

January 23, 2014

_____
UNITED STATES DISTRICT JUDGE